IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY BURNETT**  PLAINTIFF
ADC #716190

v.  No. 4:25-cv-681-DPM

**STATE OF ARKANSAS**  DEFENDANT

### ORDER

1. The Court has reviewed Burnett's § 1983 complaint. It reads like a § 2254 *habeas* petition. She's challenging the legality of her criminal conviction and is seeking credit for time spent in custody. That relief isn't available to her under § 1983.

The Court gives Burnett the opportunity to clarify the nature of this action. *E.g., Spencer v. Haynes*, 774 F.3d 467, 471 (8th Cir. 2014). She must file a notice stating whether she intended to file a *habeas* petition. If she did, the Court will direct the Clerk to convert the case. But fair warning. If this case is converted to a *habeas* petition, and if the Court ultimately denies relief on the merits, any subsequent § 2254 petition will be subject to the statute's restrictions on successive petitions. *Shaw v. Delo*, 971 F.2d 181, 184 (8th Cir. 1992).

Burnett must file her notice no later than 21 August 2025. If she fails to do so, the Court will dismiss her case pursuant to LOCAL RULE 5.5(c)(2).

2.  Burnett also hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. Regardless of the nature of her suit, she must do one or the other by 21 August 2025 to pursue relief. If she doesn't, her case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3.  The Court directs the Clerk to mail Burnett an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants her permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Burnett will have to pay the $350 filing fee in monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2025