IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY BURNETT**                                                                PLAINTIFF
**ADC #716190**

v.                            No. 4:25-cv-681-DPM

STATE OF ARKANSAS; JOHN DOE,
Police Officer, North Little Rock Police
Department; and NORTH LITTLE ROCK
POLICE DEPARTMENT                                              DEFENDANTS

JUDGMENT

Burnett's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2025